| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Parrish, Jill N. | 2. Court or Organization<br><br>U.S. District Court, District of Utah | 3. Date of Report<br><br>09/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Nominee, U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination    Date 09/18/2014<br>[ ] Initial   [ ] Annual   [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>09/18/2014 |

| 7. Chambers or Office Address |
|---|
| Utah Supreme Court<br>450 South Main Street, 5th Floor<br>Salt Lake City, Utah 84111 |

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | State of Utah, Judicial Salary (Gross 1/1/2014 - 9/12/2014)) | $108,799.95 |
| 2. 2013 | State of Utah, Judicial Salary (Gross) | $147,562.00 |
| 3. 2013 | State of Utah, Judicial Salary (Gross) | $146,063.00 |
| 4. 2014 | Compensation from Nielsen Audio for participating in media survey | $455.00 |
| 5. 2013 | Compensation from Nielsen Audio for participating in media survey | $230.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Income from solo law practice (Blake Parrish, P.C.) |
| 2. 2013 | Income from solo law practice (Blake Parrish, P.C.) |
| 3. 2014 | Compensation from Nielsen Audio for participation in media survey |
| 4. 2013 | Compensation from Nielsen Audio for participation in media survey |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 7

Name of Person Reporting

Parrish, Jill N.

Date of Report

09/18/2014

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Spouse's Partnership Interest in Rock Springs Apartment Investors, LLC | F | Distribution | N | W | Exempt | | | | |
| 2. Spouse's Partnership Interest in Mill Pond Partners, LLC | A | Distribution | M | W | | | | | |
| 3. Spouse's Partnership Interest in Casper Apartment Partners, LLC | F | Distribution | N | W | | | | | |
| 4. American Beacon Small Cap Value Fund | | None | L | T | | | | | |
| 5. Amerian Funds EuroPacific Growth Fund | | None | K | T | | | | | |
| 6. American Funds Washington Mutual Investors Fund | A | Dividend | L | T | | | | | |
| 7. Barrick Gold Corporation Stock | A | Dividend | J | T | | | | | |
| 8. BlackRock Equity Dividend Fund | A | Dividend | K | T | | | | | |
| 9. Chase Bank Accounts | A | Interest | K | T | | | | | |
| 10. Columbia Acorn International Fund | A | Dividend | K | T | | | | | |
| 11. Franklin Mutual Global Discovery Fund | | None | K | T | | | | | |
| 12. Harbor Capital Appreciation Fund | | None | K | T | | | | | |
| 13. Health Equity Health Savings Account | | None | J | T | | | | | |
| 14. Invesco Stable Value Fund | | None | J | T | | | | | |
| 15. JP Morgan Investor Growth Fund | A | Dividend | J | T | | | | | |
| 16. JP Morgan Large Cap Growth Fund | | None | K | T | | | | | |
| 17. Lincoln Financial Group Fixed Annuity | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Parrish, Jill N. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MainStay Large Cap Growth Fund | | None | J | T | | | | | |
| 19. MFS Value Fund | A | Dividend | J | T | | | | | |
| 20. Nationwide Flexible Premium Variable Life Policy (Money Market Fund) | A | Interest | K | T | | | | | |
| 21. Oppenheimer Developing Markets Fund | | None | K | T | | | | | |
| 22. PIMCO Total Return Fund | A | Dividend | L | T | | | | | |
| 23. Pioneer Oak Ridge Small Cap Growth Fund | | None | M | T | | | | | |
| 24. Utah Retirement System Balanced Fund | | None | M | T | | | | | |
| 25. Utah Retirement System Medium Horizon Fund | | None | M | T | | | | | |
| 26. Vanguard 500 Index Fund | A | Dividend | L | T | | | | | |
| 27. Vanguard Institutional Index Fund | A | Dividend | L | T | | | | | |
| 28. Wasatch Funds Small Cap Growth Mutual Fund | D | Dividend | M | T | | | | | |
| 29. Zions Bank Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jill N. Parrish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 123 | 225 | Notes payable to banks-secured (auto) | | 8 | 616 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 869 | 850 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | 1 | 075 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 460 | 615 |
| Real estate owned – see schedule | 1 | 370 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 216 | 170 | | | | |
| Cash value-life insurance | | 48 | 668 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 207 | 864 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 469 | 231 |
| | | | | Net Worth | 3 | 442 | 046 |
| Total Assets | 3 | 911 | 277 | Total liabilities and net worth | 3 | 911 | 277 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |